UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-CR-118-D

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Kesa Latonya Elkerson** ) | |

On August 18, 2009, Kesa Latonya Elkerson appeared before the Honorable James C. Dever III, U.S. District Judge, and pursuant to an earlier plea of guilty to False Statements in violation of 18 U.S.C. § 1001, was sentenced to a 60 month term of probation.

From evidence presented at a hearing on June 17, 2010, the court finds that Kesa Latonya Elkerson, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to participate as directed in a urinalysis program.
2. Failure to answer truthfully inquiries by the probation officer.
3. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 15 months. The court has prepared an order explaining the rationale for the sentence. The order is incorporated herein by reference.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 17th day of June, 2010.

James C. Dever III
U.S. District Judge